## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-21**

**STATE OF LOUISIANA**

**VERSUS**

**VICTOR LAVELL RUTHERFORD**

************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 57,332,
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy H. Ezell, Judges.

**APPEAL DISMISSED; CASE REMANDED.**

**Don M. Burkett**
**District Attorney**
**Post Office Box 432**
**Mansfield, Louisiana 71052-0432**
**(318) 872-2991**
**Counsel for:**
        **State of Louisiana**

**G. Paul Marx**
**Attorney at Law**
**Post Office Box 82389**
**Lafayette, Louisiana 70598-2389**
**(337) 237-2537**
**Counsel for Defendant:**
        **Victor Lavell Rutherford**